

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00069-CV

**WILLIAM M. WINDSOR,**

                                                    **Appellant**

 **v.**

**KELLIE MCDOUGALD,**

                                                    **Appellee**

**From the 378th District Court
Ellis County, Texas
Trial Court No. 88611**

## O R D E R

Appellant's motion for rehearing of the July 16, 2015 order striking appellant's

brief is denied.*

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed August 6, 2015



*     The Court notes that much of the duplication and service cost which appellant asserts will be lost could be avoided if appellant filed and served his brief electronically as the Court has previously notified appellant was an option; an option appellant chose not to use.